IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERVIN LEE, JR.,
    Plaintiff,

vs.                                             Case No.: 3:16cv107/RV/EMT

ESCAMBIA COUNTY SHERIFF'S
OFFICE, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 18, 2016 (ECF No. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED with prejudice** as frivolous, pursuant to 28

U.S.C. § 1915(e)(2)(B)(i), because it is barred by the doctrine of res judicata.

3. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 18th day of April, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:16cv107/RV/EMT